# SUPREME COURT OF HAWAI'I

**August 14, 1997**

| 19457 | State v. Boomer | Vacated |
| 18857 | State v. Kahoonei | Affirmed |

**August 20, 1997**

| 19565 | State v. Klug | Reversed |

**August 26, 1997**

| 19567 | State v. Willis | Affirmed |

**August 27, 1997**

| 19405 | Bellaver v. Moores | Affirmed |
| 20122 | State v. Alicea | Affirmed |
| 20282 | State v. Villacruzes | Affirmed |
| 20450 | State v. Williams | Affirmed |

**August 28, 1997**

| 20251 | State v. Nakooka (Leslie);  State v. Nakooka (Mary) | Affirmed |